# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23618-CV-KING

MURIELLE JEUNE,

    Plaintiff,

v.

HUNTER WARFIELD, INC.,

    Defendants.

_____/

## **FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the court upon the Notice of Settlement (D.E. #7) filed December 28, 2021. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED**. The Court shall retain jurisdiction to enforce the terms of the agreement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 29th day of December, 2021.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
*Counsel for Plaintiff:*
**Jeffrey Martin Hearne**

Legal Services of Greater Miami

4343 W. Flagler St., Ste. 100

Suite 100

Miami, FL 33134

305-438-2403

Fax: 305-438-2403

Email: jhearne@legalservicesmiami.org

**Matthew Bayard**

Legal Services of Greater Miami

3000 Biscayne Boulevard

Suite 500

Miami, FL 33137

305-438-2413

Fax: 305-573-5800

Email: mbayard@legalservicesmiami.org

*Counsel for Defendant:*